1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    In re

9    DEMAS WAI YAN, aka DENNIS YAN          No C 06-0508 VRW

10                   Debtor.                Bankr Case No 04-33526
                                           Bankr Adv No 05-3257
11   _____

12   WEI SUEN                                       ORDER

13           Plaintiff/Appellant

14                    v

15   DEMAS YAN, et al,

16           Defendants/Appellees

17   _____/

18

19           On March 31, 2008, plaintiff/appellant Wei Suen's

20   motion to substitute himself acting pro se for his counsel (Doc

21   #72) and his motion to set aside the settlement agreed to on

22   February 8, 2008 (Doc #74) were referred to Magistrate Judge Chen

23   for a report and recommendation.

24           On May 13, 2008, Magistrate Judge Chen filed a report

25   and recommendation (Doc #81) on the motion at docket number 74

26   recommending that the court deny the motion.  Plaintiff/appellant

27   Wei Suen filed no objections to the report and recommendation

28   during the time allowed for so objecting (28 USC § 636(b)(1)(C)).

1    The court now ADOPTS the report and recommendation at

2  docket number 81 in its entirety.

3    Because the minute order at docket number 79 and the

4  transcript at docket number 83 reflect that plaintiff/appellant

5  Wei Suen was represented by former counsel John Chu in the recent

6  proceedings before Magistrate Judge Chen, the reference of the

7  motion at docket number 72 to the magistrate judge is withdrawn

8  and the motion is hereby DENIED as moot.

9    The clerk is directed to close the file and terminate

10  all pending motions.

11

12    IT IS SO ORDERED.

13    _____

14    VAUGHN R WALKER

15    United States District Chief Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Wei Suen,  et al,

               Plaintiff,

   v.

Demas Wai Yan, et al,

               Defendant.

Case Number: C06-0508 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

 USBC Manager-San Francisco
United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Wei Suen
1542 39th Avenue
San Francisco, CA 94122

John Chu
Corporate Counsel Law Group LLC
505 Sansome St #475
San Francisco, CA 94111

Dated: June 5, 2008

                          Richard W. Wieking, Clerk
                          By: Cora Klein, Deputy Clerk

*Cora Klein*